[No. 13871–5–I.   Division One.   March 24, 1986.]

*In the Matter of the Marriage of* SANDRA L. COX, *Appellant, and* JAMES A. COX, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–3–02653–2, Jack S. Kurtz, J., entered September 26, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 13672–1–I.   Division One.   March 24, 1986.]

ROBERT A. HERIOT, *Appellant,* v. UNITED AIRLINES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–11604–3, Lloyd W. Bever, J., entered August 3, 1983. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Cole, J. Pro Tem., Ringold, J., dissenting.

[No. 7282–3–II.   Division Two.   March 26, 1986.]

BAINBRIDGE PROPERTIES, INC., *Appellant,* v. ROGER JAMES EVANS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82–2–00768–6, James I. Maddock, J., entered August 19, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.